FILED
5/6/20 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-23819-GLT |
| **Cyrilla Landscaping & Supply Co. Inc.,** | : | |
| | : | Chapter 7 |
| Debtor | : | |

*******************************************************************************

| | | |
|---|---|---|
| **Eric E. Bononi, Trustee of the Bankruptcy** | : | |
| **Estate of Cyrilla Landscaping & Supply Co. Inc.,** | : | Adversary No. 20-02024-GLT |
| | : | |
| Plaintiff | : | Doc. No. |
| | : | Related to Doc. No. 16 and 25 |
| v. | : | |
| | : | Hearing Date & Time: |
| **Michael C. Cyrilla,** | : | |
| | : | |
| Defendant | : | |

*******************************************************************************

### ORDER OF COURT

NOW, this __6th__ day of __May_____, 2020, upon consideration of the *Motion of the Chapter 7 Trustee to Withdraw the Motion for Approval of Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 Filed at ECF No. 16*, responses filed, and hearing held, it is hereby ADJUDGED, ORDERED and DECREED as follows:

1. The *Motion of the Chapter 7 Trustee to Withdraw Motion for Approval of Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 Filed at ECF No. 16* is hereby granted.

2. The *Motion for Approval of Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 Filed at ECF No. 16* is denied as moot in light of this Order.

3. The hearing scheduled for May 12, 2020 at 11:00 a.m. on the *Motion for Approval of Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 Filed at ECF No. 16* is cancelled.

Prepared by: Kevin J. Petak, Esq.                    BY THE COURT:

Date: 5/6/20

_____
Gregory L. Taddonio,    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
Bononi,
        Plaintiff                                                    Adv. Proc. No. 20-02024-GLT
Cyrilla,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy                 Page 1 of 1          Date Rcvd: May 06, 2020
                              Form ID: pdf900            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
```
dft            +Michael C Cyrilla,    775 Stonegate Drive,    Wexford, PA 15090-7593
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 07 2020 03:54:47
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
pla             +E-mail/Text: eric@bononilaw.com May 07 2020 03:54:17     Eric E. Bononi,    Bononi & Company, PC,
                 20 North Pennsylvania Avenue,    Suite 201,    Greensburg, PA 15601-2337
                                                                                             TOTAL: 2

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
```
              Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
              Kevin J. Petak    on behalf of Plaintiff Eric E. Bononi kpetak@spencecuster.com,
               skosis@spencecuster.com
              Mary Bower Sheats    on behalf of Defendant Michael C Cyrilla Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
                                                                                             TOTAL: 3
```